ORIGINAL

FILED
11/06/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 24-0622

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0622

FILED
NOV 0 6 2024
Bowen Greenwood
Clerk of Supreme Court
State of Montana

DARREN DEE GOLDSMITH, SR.,

    Petitioner,

v.

JENNY NICHOLS, Program Administrator,
CONNECTIONS CORRECTION PROGRAM,[1]

    Respondent.

ORDER

Darren Dee Goldsmith, Sr. has filed a Petition for Writ of Habeas Corpus, indicating that he is due additional credit of 655 days. He provides attachments, such as a sentence calculation and the July 22, 2024 Second Amended Order that revoked his sentence in the First Judicial District Court, Lewis and Clark County. He explains that errors with the dates exist, *e.g.*, his arrest was on October 30, 2023, not October 20, 2023, thereby giving him additional street time credit of ten days beginning August 10, 2023. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Darren Dee Goldsmith Sr. at his new placement as noted above.

DATED this 6th day of November, 2024.

                             _____
                                 Justice

---

[1] Goldsmith provided notice to this Court that he has since been transferred from S.T.A.R.T. to the Connections Correction Program, as of October 23, 2024, two days after we received his Petition.